IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUGUSTINE MCLEOD,                )<br>                                                    )<br>        Plaintiff,                           )<br>                                                    )<br>    v.                                          )<br>                                                    )<br>CAROLYN W. COLVIN,             )<br>Acting Commissioner of Social Security,  )<br>                                                    )<br>        Defendant.                        ) | CIVIL ACTION NO. 1:13cv235-CSC<br>(WO) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered herewith, it is

ORDERED AND ADJUDGED that the decision of the Commissioner be and is hereby AFFIRMED and that this case be and is hereby DISMISSED with prejudice. It is further

ORDERED that costs be and are hereby taxed against the plaintiff for which execution may issue.

Done this 5th day of November, 2013.

　　　　　　　　　　　　　　　　　　 /s/Charles S. Coody　　　　　　　　
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE